# IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,**<br>6824 Lexington Avenue<br>Los Angeles, CA 90038<br><br>**BUZZFEED INC.,**<br>111 East 18th Street, 13th Floor<br>New York, NY 10003<br><br>    **Plaintiffs,**<br><br>  **v.**<br><br>**FEDERAL ELECTION COMMISSION,**<br>1050 First Street, NE<br>Washington, D.C. 20463<br><br>**TRANSPORTATION SECURITY**<br>**ADMINISTRATION,**<br>601 South 12th Street<br>Arlington, VA 20598<br><br>**U.S. DEPARTMENT OF HOMELAND**<br>**SECURITY,**<br>2707 Martin Luther King Jr. Avenue SE<br>Washington, D.C. 20528<br><br>**U.S. AGENCY FOR INTERNATIONAL**<br>**DEVELOPMENT,**<br>Ronald Reagan Building<br>1300 Pennsylvania Ave NW<br>Washington, D.C. 20523<br><br>**OFFICE OF THE DIRECTOR**<br>**OF NATIONAL INTELLIGENCE**<br>Washington, D.C. 20511<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1.      Plaintiffs, JASON LEOPOLD and BUZZFEED INC., bring this Freedom of

Information Act suit to force Defendants FEDERAL ELECTION COMMISSION,

TRANSPORTATION SECURITY ADMINISTRATION, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE to produce various records regarding the COVID-19 pandemic and the government's response to it.

## PARTIES

2.      Plaintiffs JASON LEOPOLD and BUZZFEED INC. are members of the media and made the FOIA requests at issue in this case.

3.      Defendant FEDERAL ELECTION COMMISSION ("FEC") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4.      Defendant TRANSPORTATION SECURITY ADMINISTRATION ("TSA") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.  TSA is a component of U.S. DEPARTMENT OF HOMELAND SECURITY.

5.      Defendant U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

6.      Defendant U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT ("USAID") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

7.      Defendant OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE ("ODNI") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

8.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

9.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**MARCH 20, 2020, FOIA REQUEST TO FEC**

10.     On March 20, 2020, Plaintiffs submitted a FOIA request to FEC for [1] "Contingency plans, studies, reports, memos, directives mentioning or referring to the Coronavirus/COVID-19"; [2] "All emails sent and received by FEC commissioners, acting general counsel, staff director and Chief Information Officer, mentioning or referring to Coronavirus/COVID-19"; [3] "A copy of the most recent pandemic plans, be it for influenza or any other virus/disease"; and [4] "All documents mentioning or referring to Coronavirus/COVID-19 and the 2020 U.S. presidential election and contingency plans." Exhibit A.

11.     Plaintiffs also requested expedited processing and a fee waiver for this request. Exhibit A.

12.     On March 20, 2020, FEC acknowledged receipt of the request and assigned reference number 2020-060 to the matter.  Exhibit A.

13.     Plaintiffs are entitled to expedited processing because there is an urgency to inform the public, the requested records relate to a matter of widespread public interest and actual government activity and Plaintiffs are primarily engaged in disseminating information.

14.     As of the date of this filing, FEC has not issued a determination and has produced no records responsive to the request even though the deadline for non-expedited requests has passed.

**MARCH 22, 2020, FOIA REQUEST TO TSA**

15.     On March 22, 2020, Plaintiffs submitted a FOIA request to TSA for the following records from January 1, 2020, through the date the search for responsive records is conducted:

> [1] I request disclosure of all emails, memos, letters, reports, studies sent and received mentioning or referring to Coronavirus/COVID-19. Please search the offices of Administrator, Acting Deputy Administrator, Chief of Staff, Assistant Administrator Scot McShaffrey, the Executive Assistant Administrator David Kohl, Assistant

Administrator Norm Robinson, Assistant Administrator Rana Khan, Executive Assistant Administrator Stacey Fitzmaurice, Acting Deputy Executive Assistant Administrator Thomas Bush, Acting Assistant Administrator Nancy Nykamp, Assistant Administrator Eddie Mayenschein, Executive Assistant Administrator Darby LaJoye, Assistant Administrator Gary Renfrow, Assistant Administrator Paul Fujimura, Assistant Administrator Julie Scanlon, Assistant Administrator John Busch, Assistant Administrator Christine Griggs;

[2] A copy of the TSA's most recent pandemic plan and any contingency plans mentioning or referring to Coronavirus/COVID-19;

[3] I request disclosure of all policy and legal guidance provided to TSA and policy guidance TSA has provided to its staff on the Coronavirus/COVID-19;

[4] I request disclosure of any and all final talking points on the Coronavirus;

[5] I request any and all records mentioning or referring to American citizens who have contracted the Coronavirus/COVID-19;

[6] Any and all emails, memos, letters, talking points mentioning or referring to President Trump and "Chinese Virus"; and

[7] Any and all records mentioning or referring to the classification of discussions with [the] White House officials and officials in the Executive Office of the President and relating or referring to Coronavirus/COVID-19. By way of background, news reports have stated that the White House directed discussions to be classified.

Exhibit B.

16.     Plaintiffs also requested expedited processing and a fee waiver.  Exhibit B.

17.     On March 25, 2020, TSA acknowledged receipt of the request and granted expedited processing.  Exhibit C.

18.     In that same letter, TSA claimed that the request is "too broad in scope" and asked Plaintiffs to narrow the scope.  Exhibit C.

19.     On March 25, 2020, Plaintiffs narrowed the request by excluding news clippings, press releases, and press briefings from the records sought.  Exhibit D.

20.     TSA never responded to the narrowed request.

21.     On April 10, 2020, although not legally required, Plaintiffs submitted a formal appeal of the constructive denial.  Exhibit E.

22.     On April 29, 2020, Plaintiffs sought an update regarding the appeal.  Exhibit E.

23.     TSA never responded to Plaintiffs' appeal.

24.     As of the date of this filing, TSA has not issued a determination and has not complied with FOIA.

## MARCH 17, 2020, FOIA REQUEST TO USAID

25.     On March 17, 2020, Plaintiffs submitted a FOIA request to USAID for [1] "all internal USAID reports, studies, memos, contingency plans on the Coronavirus/COVID-19"; [2] "any and all draft and final talking points on the Coronavirus/COVID-19"; [3] "[a]ny and all records mentioning or referring to pharmaceuticals or other means to treat the Coronavirus/COVID-19"; [4] "[a]ny and all records mentioning or referring to the classification (SECRET, TOP SECRET, FOUO) of discussions with [the] White House officials and officials in the Executive Office of the President and relating or referring to Coronavirus/COVID-19"; [5] "[a]ny and all records exchanged with the White House and the Executive Office of the President mentioning or referring to Coronavirus/COVID-19"; and [6] "[a]ny and all emails sent or received by the head of USAID and his/her immediate aides and deputies mentioning or referring to Coronavirus/COVID-19."  Exhibit F.

26.      Plaintiffs also requested a fee waiver and expedited processing.  Exhibit F.

27.     On March 18, 2020, USAID acknowledged receipt of the request and assigned reference number F-00146-20 to the matter.  Exhibit G.

28.     In that same letter, USAID indicated that it is "in the process of perfecting [the] request."  Exhibit G.

29.     On March 18, 2020, in a separate email, USAID granted expedited processing. Exhibit H.

30.     As of the date of this filing, well past its deadline to respond, USAID has not

issued a determination and has produced no records responsive to the request.

### APRIL 10, 2020, FOIA REQUEST TO ODNI

31.     On April 10, 2020, Plaintiffs submitted the following FOIA request to ODNI:

[1] Copies of a report and any intelligence 'reporting' and or intelligence assessment
and any intelligence product and or talking points and or any intelligence that was
memorialized in a document, email, memo, letter, directive, between November 1,
2019 and November 30, 2019 mentioning or referring to Coronavirus, COVID-19,
virus and China, virus and Wuhan, Wuhan virus, prepared by or for the National
Center for Medical Intelligence; and

[2] Emails, memos, letters, talking points, mentioning or referring to an April 8, 2020
ABC News report by reporters James Gordon Meek and Josh Margolin headlined:
'Intelligence Report Warned of Coronavirus Crisis as Early as November: Sources'
and an April 9, 2020 CNN report headlined 'U.S. Intelligence Agencies Started
Tracking Coronavirus Outbreak in China as Early as November'; and any emails,
memos, letters, talking points that lead the Office of [the] Director of National
Intelligence to issue a statement and a TWEET from the official DNI account refuting
the news reports.  Please search the Office of Public Affairs and DNI for responsive
records.

Exhibit I.

32.     Plaintiffs also sought expedited processing and a fee waiver.  Exhibit I.

33.     On April 23, 2020, ODNI acknowledged receipt of the request and assigned

reference number DF-2020-00191 to the matter.  Exhibit J.

34.     ODNI claimed that it received the request on April 16, 2020.  Exhibit J.

35.     ODNI granted expedited processing, but stated that "due to impacts caused by

COVID-19 virus, there may still be delays in processing request."  Exhibit J.

36.     As of the date of this filing, well past its deadline to respond, ODNI has not issued

a determination and has produced no records responsive to the request.

### COUNT I – FEC'S FOIA VIOLATION

37.     The above paragraphs are incorporated herein.

38.     FEC is a federal agency, subject to FOIA.

39.     The requested records are not exempt under FOIA.

40.     FEC has not complied with FOIA.

## COUNT II – TSA'S FOIA VIOLATION

41.     The above paragraphs are incorporated herein.

42.     TSA and DHS are federal agencies, subject to FOIA.

43.     The requested records are not exempt under FOIA.

44.     TSA and DHS have failed to comply with FOIA.

## COUNT III – USAID'S FOIA VIOLATION

45.     The above paragraphs are incorporated herein.

46.     USAID is a federal agency, subject to FOIA.

47.     The requested records are not exempt under FOIA.

48.     USAID has failed to comply with FOIA.

## COUNT IV – ODNI'S FOIA VIOLATION

49.     The above paragraphs are incorporated herein.

50.     ODNI is a federal agency, subject to FOIA.

51.     The requested records are not exempt under FOIA.

52.     ODNI has failed to comply with FOIA.

**WHEREFORE**, Plaintiffs ask the Court to:

i.      declare that Defendants have violated FOIA;

ii.     order Defendants to conduct a reasonable search for records and to produce the

        requested records;

iii.    enjoin Defendants from withholding non-exempt public records under FOIA;

iv.     award Plaintiffs attorneys' fees and costs; and

v.      award such other relief the Court considers appropriate.

- 8 -

Dated: May 19, 2020

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiffs
JASON LEOPOLD,
BUZZFEED INC.

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com