UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD, *et al.*,

    Plaintiffs,

v.

FEDERAL ELECTION COMMISSION, *et al.*,

    Defendants.

Case No. 20-cv-1331-ACR

## PLAINTIFFS' OBJECTION TO THE COURT'S DISMISSAL ORDER OF AUGUST 4, 2025

Plaintiffs, JASON LEOPOLD and BUZZFEED INC. ("Plaintiffs"), by and through undersigned counsel, hereby respectfully file this objection to the Court's Minute Order of August 4, 2025, dismissing the case without prejudice and providing the parties until August 13, 2025, to object to the dismissal.

In response to a proper request, the Freedom of Information Act requires agencies to produce all non-exempt responsive records resulting from a reasonable search. 5 U.S.C. § 552(a)(3); *Taylor v. Sturgell*, 553 U.S. 880, 885 (2008); *Hum. Rts. Def. Ctr. v. United States Park Police*, 126 F.4th 708, 712 (D.C. Cir. 2025); *Reps. Comm. for Freedom of the Press v. FBI*, 3 F.4th 350, 357 (D.C. Cir. 2021) (FOIA "commands that government agencies, 'upon any request for records. . . shall make the records promptly available to any person.'")(quoting 5 U.S.C. § 552(a)(3)). Defendants U.S. Agency for International Aid ("USAID") and Transportation Security Agency have not completed their productions of records, and USAID is continuing to process records pursuant to the Court's March 31, 2025 production order. ECF No. 82. In addition, Plaintiffs will challenge at least some of Defendants' withholdings once production is complete.

Or, if the Court prefers, Plaintiffs will file for summary judgment now on the records that have already been withheld and file a second motion once the remaining responsive records have been produced. But because Defendants have not yet complied in full with their obligations under FOIA, Plaintiffs respectfully object to dismissal.

A proposed order is attached.

RESPECTFULLY SUBMITTED,

/s/ Merrick Wayne

_____

Matthew Topic, DC Bar No. IL0037
Merrick Wayne, DC Bar No. IL0058
Stephen Stich Match, DC Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION, *et al.*,<br><br>Defendants. | Case No. 20-cv-1331-ACR |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Objection to the Court's Dismissal Order of August 4, 2025, it is hereby

ORDERED that the matter is hereby reinstated, and it is further

ORDERED that the parties shall file a joint status report on or before August 18, 2025.

Dated: _____

UNITED STATES DISTRICT COURT JUDGE